UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 07-00143

UNITED STATES OF AMERICA v. David Ariste
                              Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **David Ariste, SBI #156784D**, is now confined in Hudson County Jail.

2. **David Ariste** a defendant in the captioned case, will be required at the United States District Court located in Newark, NJ on **Thursday, July 8, 2010** at **9:30 a.m.** for a **Sentencing** before **Hon. Stanley R. Chesler**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED: June 25, 2010

/s/ Melissa L. Jampol
Melissa L. Jampol
Assistant United States Attorney
Petitioner - 973-645-3987

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 6/28/2010

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the **HUDSON COUNTY JAIL**. We Command You that you have the body of **David Ariste, SBI #156784D, D.O.B. 9/30/1981** (by whatever name called or charged) brought to the United States District Court located in Newark, NJ on **Thursday, July 8, 2010** at **9:30 a.m.** for a **Sentencing** in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED: 6/28/2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk