UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No.  07-00143
UNITED STATES OF AMERICA v. <u>David Ariste</u>
                            Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.   **David Ariste, SBI #156784D, D.O.B.             **, is now confined in **NJ STATE PRISON.**

2.   **David Ariste,** a defendant in the captioned case, will be required at the United States District Court in Newark, NJ on **Thursday, July 8, 2010** at **10:00 a.m.** for a **Sentencing** before **Hon. Stanley R. Chesler**.

3.   Accordingly, this individual will be picked up at the **NJ STATE PRISON** by FBI Special Agents and will be taken out of that facility on **Thursday, July 8, 2010** at **10:00 a.m.** and will be returned to the **NJ STATE PRISON** by those same law enforcement officials later that same day, following his appearance in federal court in the above-captioned case.  A Writ of Habeas Corpus should be issued for that purpose.

DATED:  July 8, 2010          /s/ Melissa L. Jampol
                              Melissa L. Jampol
                              Assistant United States Attorney
                              Petitioner - 973-645-3987

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 7/8/2010                _____
                               HON. STANLEY R. CHESLER
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the **NJ STATE PRISON.** We Command You that you have the body of **David Ariste, SBI #156784D, D.O.B.        ** (by whatever name called or charged) available to be picked up and removed by law enforcement personnel, and that the above-referenced inmate shall be returned to the **NJ STATE PRISON** immediately upon completion of the proceedings involving this individual referenced above, and that he will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, N.J.

DATED: 7/8/2010               WILLIAM T. WALSH
                              Clerk of the U.S. District Court
                              for the District of New Jersey
                              Per: _____
                                   Deputy Clerk